UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
MAR 26  12 00 PM '01
U.S. DISTRICT COURT
THE DISTRICT OF
MASSACHUSETTS

|  |  |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ALEX C CORP., AS OWNER OF THE TUG ALEX C, AND BAY STATE TOWING COMPANY, INC., AS OPERATOR OF THE TUG ALEX C, FOR EXONERATION FROM AND LIMITATION OF LIABILITY | IN ADMIRALTY CIVIL ACTION NO: 12500-DPW  00- |

### ANSWER OF THE PLAINTIFFS ALEX C CORP. AND BAY STATE TOWING COMPANY, INC. TO COUNTERCLAIM OF SEABOATS, INC.

#### FIRST DEFENSE

The Counterclaim of the plaintiff-in-counterclaim fails to state claims against the defendants-in-counterclaim upon which relief can be granted.

#### SECOND DEFENSE

The defendants in counterclaim respond to the allegations contained in the plaintiff-in-counterclaim's Counterclaim, paragraph by paragraph, as follows:

1. The defendants-in-counterclaim neither admit nor deny the allegations contained in paragraph 1 of the plaintiff-in-counterclaim's Counterclaim, because they have no personal knowledge of same, and call upon the plaintiff-in-counterclaim to prove same at trial.

2. The defendants-in-counterclaim deny that at all times relevant hereto Bay State was in control of the Tug ALEX C, as well as other tugs assisting or intending to assist the M/T POSAVINA, and admit the remaining allegations contained in paragraph 2 of the plaintiff-in-counterclaim's Counterclaim.

DOCKETED  20

3. The defendants-in-counterclaim deny that at all times relevant hereto, Alex C Corp. controlled the Tug ALEX C, and admit the remaining allegations contained in paragraph 3 of the plaintiff-in-counterclaim's Counterclaim.

4. The defendants-in-counterclaim deny the allegations contained in paragraph 4 of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

5. The defendants-in-counterclaim neither admit nor deny the allegations contained in paragraph 5 of the plaintiff-in-counterclaim's Counterclaim, as said allegations do not pertain to them.

6. The defendants-in-counterclaim neither admit nor deny the allegations contained in paragraph 6 of the plaintiff-in-counterclaim's Counterclaim, as said allegations do not pertain to them.

7. The defendants-in-counterclaim neither admit nor deny that at all times relevant, the M/T POSAVINA was in a defective and unseaworthy condition, because they have no personal knowledge of same, and admit the remaining allegations contained in paragraph 7 of the plaintiff-in-counterclaim's Counterclaim.

8. The defendants-in-counterclaim admit the allegations contained in paragraph 8 of the plaintiff-in-counterclaim's Counterclaim.

9. The defendants-in-counterclaim admit that the Tug ALEX C and M/T POSAVINA collided, puncturing the M/T POSAVINA'S hull and resulting in the discharge of fuel oil into the Chelsea Creek, Boston Harbor, and deny the remaining allegations contained in paragraph 9 of the plaintiff-in-counterclaim's Counterclaim.

10. The defendants-in-counterclaim deny the allegations contained in paragraph 10 of the plaintiff-in-counterclaim's Counterclaim to the extent that said allegations pertain to them, and neither admit nor deny the allegations to the extent that said allegations pertain to the M/T POSAVINA, because they have no personal knowledge of same.

11. The defendants-in-counterclaim deny the allegations contained in paragraph 11 of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

12. The defendants-in-counterclaim admit that as a result of the aforesaid oil spill, the United States Coast Guard closed the Chelsea Creek, and neither admit nor deny the remaining allegations contained in paragraph 12 of the plaintiff-in-counterclaim's Counterclaim, because they have no personal knowledge of same, and call upon the plaintiff-in-counterclaim to prove same at trial

13. The defendants-in-counterclaim neither admit nor deny the allegations contained in paragraph 13 of the plaintiff-in-counterclaim's Counterclaim, because they have no personal knowledge of same, and call upon the plaintiff-in-counterclaim to prove same at trial.

14. The defendants-in-counterclaim deny the allegations contained in paragraph 14 of the plaintiff-in-counterclaim's Counterclaim to the extent that said allegations pertain to them, and neither admit nor deny the allegations to the extent that said allegations pertain to Posavina Shipping Company and Sociedad Naviera Ultragas, Ltd., because they have no personal knowledge of same.

## COUNT I

15. The defendants-in-counterclaim reallege their answers as set forth in paragraphs 1 – 13 of this Answer and incorporate them herein by reference.

16. The defendants-in-counterclaim deny the allegations contained in paragraph 16 of Count I of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

17. The defendants-in-counterclaim deny the allegations contained in paragraph 17 of Count I of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The defendants-in-counterclaim deny that the plaintiff-in-counterclaim is entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT II

18. The defendants-in-counterclaim reallege their answers as set forth in paragraphs 1 – 17 of this Answer and incorporate herein by reference.

19. The defendants-in-counterclaim deny the allegations contained in paragraph 19 of Count II of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

20. The defendants-in-counterclaim deny the allegations contained in paragraph 20 of Count II of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

21. The defendants-in-counterclaim deny the allegations contained in paragraph 21 of Count II of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

22. The defendants-in-counterclaim deny the allegations contained in paragraph 22 of Count II of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

23. The defendants-in-counterclaim deny the allegations contained in paragraph 23 of Count II of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT III

24. The defendants-in-counterclaim reallege their answers as set forth in paragraph 1 –23 of this Answer and incorporate them herein by reference.

25. The defendants-in-counterclaim deny the allegations contained in paragraph 25 of Count III of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

26. The defendants-in-counterclaim deny the allegations contained in paragraph 26 of Count III of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

27. The defendants-in-counterclaim deny the allegations contained in paragraph 27 of Count III of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

28. The defendants-in-counterclaim deny the allegations contained in paragraph 28 of Count III of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT IV

29. The defendants-in-counterclaim reallege their answers as set forth in Paragraph 1-28 of this Answer and incorporate them herein by reference.

30. The defendants-in-counterclaim deny the allegations contained in paragraph 30 of Count IV of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

31. The defendants-in-counterclaim deny the allegations contained in paragraph 31 of Count IV of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

32. The defendants-in-counterclaim deny the allegations contained in paragraph 32 of Count IV of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

33. The defendants-in-counterclaim deny the allegations contained in paragraph 33 of Count IV of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT V

34. The defendants-in-counterclaim reallege their answers as set forth in paragraphs 1-33 of this Answer and incorporate them herein by reference.

35. The defendants-in-counterclaim deny the allegations contained in paragraph 35 of Count V of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

36. The defendants-in-counterclaim deny the allegations contained in paragraph 36 of Count V of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT VI

37. The defendants-in-counterclaim reallege their answers as set forth in paragraph 1-36 of this Answer and incorporate them herein by reference.

38. The defendants-in-counterclaim deny the allegations contained in paragraph 38 of Count VI of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

39. The defendants-in-counterclaim deny the allegations contained in paragraph 39 of Count VI of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

40. The defendants-in-counterclaim deny the allegations contained in paragraph 40 of Count VI of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT VII

41. The defendants-in-counterclaim reallege their answers as set forth in paragraph 1-40 of this Answer and incorporate them herein by reference.

42. The defendants-in-counterclaim deny the allegations contained in paragraph 41 of Count VII of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

43. The defendants-in-counterclaim deny the allegations contained in paragraph 43 of Count VII of the plaintiff-in-counterclaim's Counterclaim, and call upon plaintiff-in-counterclaim to prove same at trial.

44. The defendants-in-counterclaim deny the allegations contained in paragraph 44 of Count VII of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNT VIII

45. The defendants-in-counterclaim reallege their answers as set forth in paragraphs 1-44 of this Answer and incorporate them herein by reference.

46. The defendants-in-counterclaim deny the allegations contained in paragraph 46 of Count VIII of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

47. The defendants-in-counterclaim deny the allegations contained in paragraph 47 of Count VIII of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

48. The defendants-in-counterclaim deny the allegations contained in paragraph 48 of Count VIII of the plaintiff-in-counterclaim's Counterclaim, and call upon the plaintiff-in-counterclaim to prove same at trial.

The plaintiff-in-counterclaim is not entitled to recovery, in any amount, from the defendants-in-counterclaim.

## COUNTS IX – XV (CROSS-CLAIM)

The defendants-in-counterclaim neither admit nor deny the allegations contained in Counts IX –XV of the plaintiff-in-counterclaim's Cross–Claim, as said allegations do not pertain to them.

## THIRD DEFENSE

By way of affirmative defense, the defendants-in-counterclaim say that if the plaintiff-in-counterclaim suffered injuries or damage, as alleged, such injuries or damages were caused by someone or something for whose conduct the defendants-in-counterclaim were not and are not legally responsible.

## FOURTH DEFENSE

By way of affirmative defense, the defendants-in-counterclaim say that if the plaintiff-in-counterclaim suffered injuries or damage, as alleged, the damages, if any, recovered by the plaintiff-in-counterclaim from the defendants-in-counterclaim, should be reduced to the extent that any such damages are attributable to the failure of the plaintiff-in-counterclaim, or that of its agents, servant or employees, to mitigate its damages.

## FIFTH DEFENSE

By way of affirmative defense, the defendants-in-counterclaim say that if they are found to be liable to the plaintiff-in-counterclaim for any of its alleged damages, the amount of such liability is limited pursuant to the provisions of the Limitation of Liability Act, 46 USCA, §§181, et seq.

## SIXTH DEFENSE

By way of affirmative defense, the defendants-in-counterclaim say that if they are found to be liable to the plaintiff-in-counterclaim for any of its alleged damages, the amount of such liability is limited pursuant to the provisions of the Federal Water Pollution Control Act, 33 USCA,§§1251, et seq., and the Oil Pollution Act of 1990, 23 USCA, §§2701, et seq.

## SEVENTH DEFENSE

The defendants-in-counterclaim reserve the right to assert additional affirmative defenses should such defenses be warranted based upon facts disclosed through discovery.

By Their Attorneys,

DAVIS, WHITE, PETTINGELL & SULLIVAN, LLC

Richard H. Pettingell – BBO # 397320
50 Staniford Street
Boston, MA 02114
(617) 720-4060

O'LEARY & SBARRA

_William B. O'Leary /RWP_
William B. O'Leary – BBO # 378575
63 Shore Road, suite 25
Winchester, MA 01890

WELTE & WELTE, P.A.

_William H. Welte /RWP_
William H. Welte – BBO # 522670
13 Wood Street
Camden, ME 04843
(207) 236-7786

Dated: March 23, 2001

35028

## CERTIFICATE OF SERVICE

      I hereby certify that the attached document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

_____
Richard H. Pettingell, Esquire