UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
In the Matter of ALEX C CORP.,      )   Civil Action
as owner of the Tug ALEX C and      )   No. 00-12500-DPW
BAY STATE TOWING COMPANY, as        )
Operator of the Tug ALEX C, for     )
Exoneration from and Limitation     )
of Liability                        )
_____)
                                    )
POSAVINA SHIPPING COMPANY and       )
SOCIEDAD NAVIERA ULTRAGAS, LTD.,    )
                                    )
       Plaintiffs,                  )
                                    )
v.                                  )   Civil Action
                                    )   No. 01-12186-DPW
ALEX C CORP. and                    )
BAY STATE TOWING COMPANY, INC.      )
                                    )
       Defendants.                  )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Alex C Corp. and Bay State Towing Co., limitation plaintiffs in Civil Action No. 00-12500-DPW and defendants in Civil Action No. 01-12186-DPW, appeal pursuant to 28 U.S.C. § 1291 to the United States Court of Appeals for the First Circuit from the (1) Findings of Fact and Conclusions of Law and (2) Final Judgment entered in these civil actions on November 1, 2010 as well as from all pre-trial, trial, and post-trial rulings leading up to them.

RESPECTFULLY SUBMITTED November 23, 2010.

ALEX C CORP. and
BAY STATE TOWING CO.


*/s/ David J. Farrell, Jr.*

David J. Farrell, Jr. (BBO#559847)
2355 Main Street
P.O. Box 186
South Chatham, MA  02659
(508) 432-2121
farrell@sealaw.org



*/s/  William H. Welte*
William H. Welte (BBO#522670)
WELTE & WELTE, P.A.
13 Wood Street
Camden, ME  04843
(207) 236-7786
wwelte@weltelaw.com



*/s/ William B. O'Leary*
William B. O'Leary (BBO#378575)
O'LEARY & SBARRA
63 Shore Road, Suite 25
Winchester, MA  01890
(781) 729-5400
bill@tuglaw.net


<u>Certificate of Service</u>
I certify on 11/23/10 I served this Notice of Appeal on counsel of record via the ECF/CM system.

*/s/ David J. Farrell, Jr.*